IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| CHAUNCEY V. THOMPSON, III, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 120-121 |
| CHARLES B. WEBSTER DETENTION CENTER; OFFICER CHAPUT; and OFFICER HINES, | ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 11.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendant Charles B. Webster Detention Center because Plaintiff fails to state a claim against it upon which relief can be granted. The case shall proceed against Defendants Chaput and Hines as described in the Magistrate Judge's October 5, 2020 Order. (See doc. no. 8.)

SO ORDERED this 28th day of October, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA