IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| CHAUNCEY V. THOMPSON, III, | ) |
| Plaintiff, | ) |
| v. | ) CV 120-121 |
| DEPUTY MICHAEL CHAPUT and DEPUTY MARQUIZE HINES, | ) |
| Defendants. | ) |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DENIES AS MOOT** the motion for summary judgment, (doc. no. 20), and **DISMISSES** this case without prejudice under the conditions described in the Report and Recommendation, (doc. no. 24, pp. 4-6). The Court **DIRECTS** the Clerk to terminate all pending motions and deadlines and **CLOSE** this case.

SO ORDERED this ___16th___ day of June, 2021, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA